Case 5:17-cv-00736-HNJ   Document 12   Filed 06/29/17   Page 1 of 2

FILED
2017 Jun-29 PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| GRADE RESULTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:17-cv-00736-HNJ |
| ) | |
| ATHENS CITY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. | |

## Notice of Voluntary Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Grade Results, Inc., hereby gives notice that the above-captioned action is voluntarily dismissed, <u>without prejudice</u> against Defendant Athens City Board of Education.

Respectfully submitted,

*/s/ Andrew P. Campbell*
Andrew P. Campbell (ASB-1555-L40A)
Attorneys for Plaintiff

**OF COUNSEL:**
Andrew P. Campbell (ASB-1555-L40A)
Yawanna McDonald (ASB 9372-B58T)
Asher Kitchings (ASB-1788-P06J)
CAMPBELL GUIN, LLC
505 20th Street North, Suite 1600
Birmingham, AL 35203

Telephone: (205) 224-0756
andy.campbell@campbellguin.com
yawanna.mcdonald@campbellguin.com
asher.kitchings@campbellguin.com

**CERTIFICATE OF SERVICE**

     I hereby certify that I have filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following:

Taylor P. Brooks
Lanier Ford Shaver & Payne, P.C.
Post Office Box 2087
Huntsville, Alabama 35804
tpb@lanierford.com
256-535-1100